UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES, | Case No. 07-CR-0292 (PJS/JSM) |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL |
| OSCAR ALFREDO PADILLA-GUZMAN, | |
| Defendant. | |

---

Kimberly A. Svendsen, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Arthur R. Martinez, LAW OFFICES OF ARTHUR R. MARTINEZ PA, for defendant.

This matter is before the Court on defendant's application for leave to proceed *in forma pauperis* ("IFP") on appeal [Docket No. 27]. Based on the information in defendant's IFP application and supporting affidavit, the Court finds that he is financially eligible for IFP status as of March 11, 2008 (the date of the IFP application). Therefore, the IFP application will be granted.

ORDER

Based on the foregoing, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that defendant's application for leave to proceed *in forma pauperis* on appeal [Docket No. 27] is GRANTED.

Dated: March 14, 2008                    s/Patrick J. Schiltz
                                         Patrick J. Schiltz
                                         United States District Judge